```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| WESLEY J. DESHOTELS, JR.<br>and MELISSA DESHOTELS | CIVIL ACTION |
| v. | NO. 09-3230 |
| TERREBONNE WIRELINE SERVICES, INC.,<br>ET AL. | SECTION "F" |

ORDER

Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the date set for hearing on the motion. No memoranda in opposition to the defendant Dune Energy Inc.'s motion for summary judgment, set for hearing on March 24, 2010, has been timely submitted.[1]

Accordingly, this motion is deemed to be unopposed, and further, it appearing to the Court that the motion has merit, IT IS ORDERED that the defendant Dune Energy, Inc.'s motion for summary judgment is GRANTED as unopposed. The Deshotels' claims against Dune Energy are hereby dismissed.

New Orleans, Louisiana, March 18, 2010

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for plaintiffs contacted a member of the Court's staff to advise that the plaintiffs do not oppose the defendant's motion for summary judgment.

1